939 So.2d 1073 (2006)
THEODORE WILLIAMS, Appellant,
v.
STATE OF FLORIDA, Appellee.
Case No. 2D06-3063.
District Court of Appeal of Florida, Second District.
Opinion filed October 4, 2006.
PER CURIAM.
Affirmed. See Franklin v. State, 887 So. 2d 1063 (Fla. 2004); Sigafoos v. State, 825 So. 2d 529 (Fla. 2d DCA 2002); Cala v. State, 854 So. 2d 840 (Fla. 3d DCA 2003); Middleton v. State, 721 So. 2d 792 (Fla. 3d DCA 1998).
FULMER, C.J., and VILLANTI and WALLACE, JJ., Concur.
NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED.